David C. Richards, 6023
CHRISTENSEN & JENSEN, P.C.
15 West South Temple, Suite 800
Salt Lake City, Utah 84101
Telephone: (801) 323-5000
Facsimile: (801) 355-3472
*Attorneys for Perry City and Jerry Nielson*

IN THE FIRST JUDICIAL DISTRICT COURT
IN AND FOR BOX ELDER COUNTY, STATE OF UTAH

| | |
|---|---|
| JUDY W. BYLSMA,<br><br>    Plaintiff,<br><br>vs.<br><br>PERRY CITY, a Utah municipality; JERRY NELSON, an individual;, and JOHN and JANE DOES 1-5, individuals,<br><br>    Defendants. | **NOTICE OF REMOVAL**<br><br>Civil No. 060101230<br><br>Judge Ben H. Hadfield |

Please take notice that on the __10__ of April, 2007, a Removal of the above-entitled action to the United States District Court for the District of Utah, Northern Division, was filed by Defendants in the office of the clerk of the United States District Court for the District of Utah, United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101, together with copies of the pleadings in this action. A copy of that Notice of Removal (without attachments) is attached hereto.

DATED this __10__ day of April, 2007.

CHRISTENSEN & JENSEN, P.C.

_____
David C. Richards
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2007, a true and correct copy of the foregoing NOTICE OF REMOVAL was mailed (without attachments) to the following:

Jennifer L. Falk, #4568
   *Of Counsel*
Dennis Flynn, #10399
WINDER & HASLAM, P.C.
175 West 200 South, Suite 4000
P.O. Box 2668
Salt Lake City, UT  84110-2668

*/s/ Marilyn Grant*