Jennifer L. Falk, #4568
      Of Counsel
WINDER & HASLAM, P.C.
175 West 200 South, Suite 4000
P.O. Box 2668
Salt Lake City, Utah 84110-2668
Telephone:  (801) 322-2222
Facsimile:   (801) 322-2282

  *Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| JUDY W. BYLSMA,<br><br>                Plaintiff,<br><br>   vs.<br><br>PERRY CITY, a Utah municipality; JERRY NELSON, an individual; and JOHN and JANE DOES 1-5, individuals,<br><br>               Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Case No. 1:07-cv-0053<br><br>Judge Tena Campbell |

      Please take notice that Dennis Flynn is leaving the law firm of Winder & Haslam, P.C. All future pleadings should be directed to Jennifer L. Falk at her e-mail address on record with the U.S. District Court CM/ECF system.

DATED this 27th day of September 2007.

              WINDER & HASLAM, P.C.


              _____/s/Jennifer L. Falk_____
              Jennifer L. Falk
                *Of Counsel*
              Attorneys for Plaintiff


### CERTIFICATE OF SERVICE

 Plaintiff Judy Bylsma, by and through counsel, hereby certifies that on this 27th day of September, 2007, a true and correct copy of the foregoing NOTICE OF SUBSTITUTION OF COUNSEL was electronically filed with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

   David C. Richards
   Christensen & Jensen
   50 South Main Street #1500
   Salt Lake City, Utah 84144

              _____/s/Erin Robinson_____